No. 80–2206.   STROM *v.* UNITED STATES ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 80–2208.   CITRON *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 80–2210.   McCABE *v.* DEPARTMENT OF REGISTRATION AND EDUCATION OF ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 80–2212.   BARBALICH ET AL. *v.* AMERICAN AUTOMOBILE ASSN.   C. A. 5th Cir.   Certiorari denied.

No. 80–2214.   BLACK ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION.   C. A. 5th Cir.   Certiorari denied.

No. 80–2215.   MILWAUKEE TYPOGRAPHICAL UNION NO. 23 *v.* NEWSPAPERS, INC.   C. A. 7th Cir.   Certiorari denied.

No. 80–2216.   JONES *v.* FAWCETT ET AL.   Ct. App. Ark. Certiorari denied.

No. 80–2217.   SELIGMAN & ASSOCIATES, INC. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 6th Cir.   Certiorari denied.

No. 80–2218.   COLE *v.* GRAY ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 80–2219.   DAIL *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 80–2220.   MARITIME OVERSEAS CORP. *v.* DIXON. C. A. 2d Cir.   Certiorari denied.

No. 80–2221.   INDUSTRIAL CONSULTANTS, INC. *v.* H. S. EQUITIES, INC.   C. A. 2d Cir.   Certiorari denied.